TRULINCS 26965078 - LEE, CHIA JEAN - Unit: CRW-C-W

--------------------------------------------------------------------------------

FROM: 26965078
TO:
SUBJECT: requesting recuse Judge and response of my 2255
DATE: 03/10/2022 01:45:11 PM

**FILED**

MAR 14 2022

Clerk, U.S. District Court
Eastern District of Texas

Dear court,

I am writing this letter as motion to request different Judge,

as conflict of interest for my husband Dr. Tad Taylor's (# 26966-0780) civil litigation.

Also I did not receive any response to my request of my 2255,

the time of allotted decision has exceeded from the filing on 9-20-2021. # 4:21-cv-00726

Enclosed is the email dated on 3-9-2022 to prove

that Carswell mail room have no any mail address to me from Eastern District court of TX

Sincerely Submitted

Chia-Jean Lee  #26965-078
*Chiajean Lee*
3-10-2022,
Carswell Camp WT, TX

*Chia-jean Lee*

TRULINCS 26965078 - LEE, CHIA JEAN - Unit: CRW-C-W

----------------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 26965078
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/09/2022 02:47:06 PM

If we would have received any mail from you, you would have received either the mail, or a rejection if it violated policy.

>>> ~^!"LEE, ~^!CHIA JEAN" <26965078@inmatemessage.com> 3/6/2022 3:19 PM >>>
To: Mailroom
Inmate Work Assignment: unassigned

March 6, 2022

I would like to find out if you have any letter for me coming from the Eastern District Texas court. The court supposed to give me a respondent letter since December 6, 2021. Thank you for your attention in this matter. This email will serve as my legal mail communication service from the Eastern District Texas court.

Sincerely,
Chia Jean Lee
26965-078