CHIA LEE
V.
US

Motion in Requesting Special Appearance

Case # 4:21-cv-726

SUBJECT: to Magistrate Judge Johnson for Special appearance
DATE: 07/19/2022 01:00:49 PM

Chia Jean Lee #26965078, Unit 6
Carswell FMC, Fort Worth
PO Box 27137, TX 76127
Phone: 817-782-4000
Email, Video and Phone Contact arranged
through counselor Ms. Hernandez/ Ms. Brown
or Case Manager Ms. Groves

**FILED**

JUL 27 2022

Clerk, U.S. District Court
Eastern District of Texas

To : Magistrate Judge Kimberly C. Priest Johnson
Federal Court Eastern District of TX
7940 Preston Rd. Plano, TX 75024
Phone: 214-870-4840

Dear Judge Johnson,

I would like to set up a meeting with you regarding special Appearance by camera,

Regarding a new case law of Ruan V. US on 6-27-2022 from Supreme court and some legal questions about my case.

My case # is 1) 4:17-cr-9 SDJ-KPJ   in indictment on 1/18/2017, was charged one count of violating USC § 846
2) 4:17-cr-9 MAC-CAN  in Judgement on 5/8/2019, punishment by USC § 841
3) # 19-40435  Direct Appeal to 5th circuit court
4) # 21-cv-726 Civil appeal by 2255

Kindly please respond to me within 10 days.

You can reach me at Carswell FMC Unit 6, through my counselor Ms. Hernandez/Ms. Brown or Case Manager Ms. Groves.

Thank you for taking time to read this letter

Sincerely
Chia Jean Lee
Chia Jean Lee

July 19, 2022

CC: TWT, JLT, JHT